WILLIAM C. MORISON (No. 99981)
william.morison@morisonprough.com
PHILIP D. WITTE (No. 112217)
philip.witte@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, a corporation,<br><br>    Defendant. | Case No. 3:13-cv-004180 CW<br><br>[PROPOSED] ORDER GRANTING THE BURLINGTON INSURANCE COMPANY'S MOTION TO RESCHEDULE THE MAY 8, 2013 CASE MANAGEMENT CONFERENCE DUE TO A SCHEDULING CONFLICT |

Plaintiff The Burlington Insurance Company's motion to reschedule the May 8, 2013 case management conference is hereby GRANTED. The case management conference is rescheduled to  May 15, 2013  .

IT IS SO ORDERED.

Dated: 3/4/2013

_____
Hon. Claudia Wilken

151508

- 1 -

[Proposed] Order

3:13-cv-00418 JCS