WILLIAM C. MORISON (No. 99981)
william.morison@morisonprough.com
PHILIP D. WITTE (No. 112217)
philip.witte@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, a corporation,<br><br>    Defendant. | Case No.   13-cv-00418 CW<br><br>[PROPOSED] ORDER GRANTING THE BURLINGTON INSURANCE COMPANY'S MOTION TO RESCHEDULE THE MAY 8, 2013 CASE MANAGEMENT CONFERENCE DUE TO A SCHEDULING CONFLICT |

Plaintiff The Burlington Insurance Company's motion to reschedule the May 8, 2013 case management conference is hereby GRANTED. The case management conference is rescheduled to May 15, 2013.

IT IS SO ORDERED.

Dated: 3/4/2013

_/s/ Claudia Wilken_
Hon. Claudia Wilken

151508

- 1 -

[Proposed] Order

13-cv-00418

MORISON & PROUGH, LLP