1  WILLIAM C. MORISON (No. 99981)
   william.morison@morisonprough.com
2  PHILIP D. WITTE (No. 112217)
   philip.witte@morisonprough.com
3  MORISON & PROUGH, LLP
   1550 Parkside Drive, Third Floor
4  Walnut Creek, California 94596
   Telephone:  (925) 937-9990
5  Facsimile:   (925) 937-3272

6  Attorneys for Plaintiff
   THE BURLINGTON
7  INSURANCE COMPANY

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 THE BURLINGTON INSURANCE         )
   COMPANY, a corporation,          )
12                                  )   Case No.  3:13-cv-004180 CW
              Plaintiff,            )
13                                  )   ORDER GRANTING STIPULATED
   vs.                              )   REQUEST TO MODIFY BRIEFING
14                                  )   SCHEDULE FOR CROSS-<u>MOTIONS FOR
   CONTINENTAL CASUALTY COMPANY,    )   SUMMARY JUDGMENT</u>
15 a corporation,                   )
                                    )
16            Defendant.            )
                                    )
17

18       PURSUANT TO STIPULATION, IT IS ORDERED that the briefing schedule for the

19 Parties' cross-motions for summary judgment set forth in the Minute Order and Case

20 Management Order (Docket No. 20) is hereby modified as follows:

21       Plaintiff's opening brief is due September 2, 2013

22       Defendant's opposition/cross-motion is due September 16, 2013

23       Plaintiff's reply/opposition to cross-motion is due September 30, 2013

24       Defendant's reply is due October 7, 2013

25       Hearing on the motions and a further case management conference will be held on

26       Thursday, October 31, 2013, at 2:00 p.m.

27

28

- 1 -

MORISON &
PROUGH, LLP

[Proposed] Order Granting Stipulated Request to Modify Briefing Schedule for Cross-MSJs
3:13-cv-00418 CW

1   Dated: 6/25/2013                         _____
2                                             Hon. Claudia Wilken
3   152081