WILLIAM C. MORISON (No. 99981)
william.morison@morisonprough.com
PHILIP D. WITTE (No. 112217)
philip.witte@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CONTINENTAL CASUALTY COMPANY, a corporation, <br><br> Defendant. | Case No. 3:13-cv-004180 CW <br><br> ORDER GRANTING STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE FOR CROSS-<u>MOTIONS FOR SUMMARY JUDGMENT</u> |

PURSUANT TO STIPULATION, IT IS ORDERED that the briefing schedule for the Parties' cross-motions for summary judgment set forth in the Minute Order and Case Management Order (Docket No. 20) is hereby modified as follows:

Plaintiff's opening brief is due September 2, 2013

Defendant's opposition/cross-motion is due September 16, 2013

Plaintiff's reply/opposition to cross-motion is due September 30, 2013

Defendant's reply is due October 7, 2013

Hearing on the motions and a further case management conference will be held on Thursday, October 31, 2013, at 2:00 p.m.

1  Dated: 6/25/2013              _____
                                    Hon. Claudia Wilken
2

3  152081

- 2 -

[Proposed] Order Granting Stipulated Request to Modify Briefing Schedule for Cross-MSJs
3:13-cv-00418 CW

Morison & Prough, LLP