WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone:  (925) 937-9990
Facsimile:   (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE BURLINGTON INSURANCE COMPANY, | ) ) ) | No.  4:13-cv-00418 CW |
| Plaintiff, | ) ) ) | REQUEST TO APPEAR BY TELEPHONE FOR FURTHER CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| CONTINENTAL CASUALTY COMPANY, | ) ) ) | Date:  October 31, 2013 Time:  2:00 p.m. |
| Defendant. | ) ) ) | Courtroom:  2 Judge: Hon. Claudia Wilken |

Pursuant to Civil L.R. 16-10(a), plaintiff The Burlington Insurance Company requests permission to participate by telephone in the further case management conference in this case, set for October 31, 2013.

Respectfully submitted,

Dated:  October 17, 2013          MORISON & PROUGH, LLP

By: /s/ Philip D. Witte

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

152601

IT IS SO ORDERED

Judge Claudia Wilken

MORISON &
PROUGH, LLP