WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone:  (925) 937-9990
Facsimile:   (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>        Defendant. | No.  4:13-cv-00418 CW<br><br>REQUEST TO APPEAR BY TELEPHONE FOR FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date: October 31, 2013<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Claudia Wilken |

Pursuant to Civil L.R. 16-10(a), plaintiff The Burlington Insurance Company requests permission to participate by telephone in the further case management conference in this case, set for October 31, 2013.

Respectfully submitted,

Dated: October 17, 2013            MORISON & PROUGH, LLP

By: /s/ Philip D. Witte
Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

152601

*IT IS SO ORDERED*
/s/ Claudia Wilken
Judge Claudia Wilken

- 1 -

Request to Appear by Telephone for Case Management Conference
4:13-cv-00418-CW

MORISON & PROUGH, LLP