MARSHA L. MORROW         State Bar No. 71903
ROBERT C. CHRISTENSEN    State Bar No. 151296
COLLIAU CARLUCCIO KEENER
   MORROW PETERSON & PARSONS
555 Mission Street, Suite 330
San Francisco, California  94105
Telephone:     415.932.7000
Facsimile:     415.932.7001
E-Mail:        robert.christensen@cna.com
E-Mail:        marsha.morrow@cna.com

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>    v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>             Defendant. | Case No. 4:13-cv-00418-CW<br><br>[PROPOSED] **ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE FOR FURTHER CASE MANAGEMENT CONFERENCE** |

Defendant Continental Casualty Company's request for permission to participate by telephone in the further case management conference in this case, set for October 31, 2013, (Doc. # 30) is hereby GRANTED.

IT IS SO ORDERED.

Dated: 10/24/2013

_____
Hon. Claudia Wilken

[Proposed] Order Granting Request to Appear by Telephone for Case Management Conference
Case No. 4:13-cv-00418-CW