WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, a corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, a corporation,<br><br>　　　　　　Defendant. | Case No. 3:13-cv-00418 CW<br><br>STIPULATION FOR THE BURLINGTON INSURANCE COMPANY TO FILE FIRST AMENDED COMPLAINT AND FOR CONTINENTAL CASUALTY COMPANY TO HAVE 60 DAYS TO RESPOND TO FIRST AMENDED COMPLAINT |

IT IS HEREBY STIPULATED by and between the Parties through their designated counsel of record that plaintiff The Burlington Insurance Company may file a First Amended Complaint, a copy of which is attached hereto, and that defendant Continental Casualty Company shall have 60 days from the filing of the First Amended Complaint to file a responsive pleading thereto.

MORISON & PROUGH, LLP

1  Dated: October 9, 2013                    Respectfully submitted,

2                                             MORISON & PROUGH, LLP

3

4                                             By: /s/ Philip D. Witte

5                                                 Attorneys for Plaintiff
                                                  THE BURLINGTON
6                                                 INSURANCE COMPANY

7

8       The undersigned has given authority to counsel for The Burlington Insurance Company to

9  file this Stipulation and accompanying [Proposed] Order on behalf of defendant Continental

10 Casualty Company.

11

12 Dated: October 9, 2013                    COLLIAU CARLUCCIO KEENER
                                              MORROW PETERSON & PARSONS
13

14                                            By: /s/ Robert C. Christensen

15                                                Attorneys for Defendant
                                                  CONTINENTAL CASULATY
16                                                COMPANY

17
   152530
18

19    IT IS SO ORDERED.
   Dated:  10/28/2013                         _____
20                                            Claudia Wilken
                                              U.S. District Court Judge
21

22

23

24

25

26

27

28