WILLIAM C. MORISON (No. 99981)
william.morison@morisonprough.com
PHILIP D. WITTE (No. 112217)
philip.witte@morisonprough.com
MORISON & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, a corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, a corporation,<br><br>　　　　　Defendant. | Case No. 4:13-cv-00418 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO FURTHER CONTINUE DEADLINES FOR DISCLOSING EXPERTS |

PURSUANT TO STIPULATION, IT IS ORDERED that the deadlines for disclosing the identities and reports of expert witnesses set forth in the Minute Order and Case Management Order (Docket No. 20) is hereby modified as follows:

Disclosure of the identities and reports of expert witnesses is due January 24, 2014

Disclosure of the identities and reports of rebuttal expert witnesses is due February 14, 2014

Dated: 11/13/2013

_____
Hon. Claudia Wilken

152716

- 1 -