WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, California 94597
Telephone:  (925) 937-9990
Facsimile:   (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CONTINENTAL CASUALTY COMPANY, a corporation, <br><br> Defendant. | Case No.  3:13-cv-00418 CW <br><br> ORDER GRANTING JOINT MOTION OF THE BURLINGTON INSURANCE COMPANY AND CONTINENTAL CASUALTY COMPANY TO STAY ACTION AND TO <u>CONTINUE OR VACATE TRIAL DATE</u> |

The joint motion of plaintiff The Burlington Insurance Company and defendant Continental Casualty Company to stay this action and to continue or vacate the trial date is hereby GRANTED.  All proceedings in this action are stayed until twenty-eight days from the date both of the underlying actions are resolved.  Trial of this action is vacated.  There being no further reason to maintain the file as an open one at this time, this case is administratively closed. Nothing contained in this Order shall be considered a dismissal or disposition of any claims in this action.

   IT IS SO ORDERED.

Dated:  12/18/2013

_____
Hon. Claudia Wilken
U.S. District Judge

MORISON & PROUGH, LLP