WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, California 94597
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>         Defendant. | No. 4:13-00418 CW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs.

Dated: February 19, 2014          Respectfully submitted,

                                  MORISON & PROUGH, LLP


                                  By: /s/ Philip D. Witte

                                  Attorneys for Plaintiff
                                  THE BURLINGTON
                                  INSURANCE COMPANY

The undersigned has given authority to counsel for The Burlington Insurance Company to file this Stipulation of Dismissal with Prejudice and [Proposed] Order on behalf of defendant

///

- 1 -

1  Continental Casualty Company.

2  Dated: February 19, 2014                    COLLIAU CARLUCCIO KEENER
                                               MORROW PETERSON & PARSONS
3

4
                                               By: /s/ Robert C. Christensen
5
                                               Attorneys for Defendant
6                                              CONTINENTAL CASUALTY
                                               COMPANY
7

8

9

10         PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12
   Dated:  2/21/2014                           _____
13                                             United States District Court Judge

14

15

16

17  153099